# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SANDPIPER CDN, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00664-JRG-RSP |
| | § | |
| MICROSOFT CORPORATION, | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Defendant Microsoft Corporation ("Defendant") previously filed a Motion to Dismiss Plaintiff's Second Amended Complaint Willfulness Claims ("Motion") (Dkt. Nos. 43.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 56), recommending denial of Defendant's Motion. Defendant has now filed Objections (Dkt. No. 57), with Plaintiff Sandpiper CDN, LLC ("Plaintiff") filing a Response (Dkt. No. 58.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 43) is **DENIED**.

So ORDERED and SIGNED this 13th day of July, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE